UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN,<br>    Plaintiff,<br><br>          v.<br><br>CITY OF BOSTON et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 18-10646-MLW<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                                      January 18, 2019

For the reasons stated in court on January 18, 2019, it is hereby ORDERED that:

1. Defendant James Hooley's, Kyle Mackinnon's, Terrence Mentele's and Alexandra Michalowski's Motion to Dismiss All Claims Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 30) is ALLOWED with regard to the claims against these defendants in their individual capacities.[1]

2. The Motion of Defendant, Sophia Dyer, M.D., to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 32) is ALLOWED with regard to supervisory liability for defendants Kyle Mackinnon, Terrence Mentele and Alexandra Michalowski and DENIED

---

[1] The parties shall confer and, by February 8, 2019, report whether plaintiff agrees that the defendants who moved to dismiss, including Dyer, may be dismissed in their official capacities.

with regard to supervisory liability for defendants Garrett Boyle and Kevin Finn.

                                                    /s/ Charles P. Noel
                                        UNITED STATES DISTRICT JUDGE