UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-10646

HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN

    Plaintiff,

v.

CITY OF BOSTON, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, and KEVIN FINN

    Defendants.

## JOINT STIPULATION OF THE PARTIES REGARDING PROTECTIVE ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, all parties to this action hereby stipulate that they have agreed to the terms of the Protective Order attached hereto, and they hereby submit said Protective Order to the Court for endorsement and docketing.

Respectfully submitted:
Plaintiff, Hope Coleman

By her attorneys:

/s/ William W. Fick
William W. Fick (BBO#650562)
Daniel N. Marx (BBO#674523)
Rebecca N. Chapman (BBO#694052)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
wfick@fickmarx.com
dmarx@fickmarx.com
rchapman@fickmarx.com

*[Handwritten annotation:]* The proposed protective order, with amendments by the court, shall be entered. Wolf, DJ May 31, 2019