UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-10646

HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN

    Plaintiff,

v.

CITY OF BOSTON, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, and KEVIN FINN

    Defendants.

## STATEMENT OF THE PARTIES REGARDING THE STATUS AND PROSPECTS FOR SETTLEMENT

Pursuant to this Court's Order dated January 22, 2019, the Parties hereby report to the Court that they have conferred regarding the possibility of settlement.

The Defendants submit that settlement is not possible at this time because they disagree with the Plaintiff regarding the fundamental facts at issue in this case. These facts will likely need to be resolved by a jury.

[signatures on following pages]

2

Respectfully submitted:

**PLAINTIFF, HOPE COLEMAN**

By her attorneys:


/s/ William W. Fick
William W. Fick (BBO#650562)
Daniel N. Marx (BBO#674523)
Rebecca N. Chapman (BBO#694052)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
wfick@fickmarx.com
dmarx@fickmarx.com
rchapman@fickmarx.com

Oren M. Sellstrom (BBO#569045)
Sophia L. Hall (BBO#684541)
Lawyers' Committee for Civil Rights and Economic Justice
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0608
osellstrom@lawyerscom.org



Respectfully submitted:

**DEFENDANTS, CITY OF BOSTON,
WILLIAM EVANS, GARRETT BOYLE, AND
KEVIN FINN**

By their attorneys:


/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Erika P. Reis (BBO#669930)
Senior Assistants Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039 (O'Connor)

(617) 635-4031 (Reis)
Nicole.OConnor@boston.gov
Erika.Reis@boston.gov


Respectfully submitted:

**DEFENDANT, BOSTON PUBLIC HEALTH COMMISSION**

By its attorneys:


/s/ Batool Raza
Timothy Joseph Harrington (BBO#652549)
Batool Raza (BBO#691173)
Boston Public Health Commission
1010 Massachusetts Avenue, 6th Floor
Boston, MA 02118
(617) 534-4322 (Harrington)
(617) 534-5609 (Raza)
tharrington@bphc.org
braza@bphc.org


Respectfully submitted:

**DEFENDANT, SOPHIA DYER, M.D.**

By her attorneys:


/s/ Alexander E. Terry
Michael B. Barkley (BBO#657642)
Alexander E. Terry (BBO#688693)
Adler, Cohen, Harvey, Wakeman & Guekguezian LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
mbarkley@adlhercohen.com
aterry@adlercohen.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2019, I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon those non-registered participants via first class mail.


/s/ Nicole M. O'Connor
Nicole M. O'Connor