UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN<br>*Plaintiff,*<br><br>v.<br><br>CITY OF BOSTON, et al.,<br>*Defendants.* | No. 18-cv-10646-MLW |

## JOINT MOTION TO MODIFY SCHEDULE

Given the COVID-19 pandemic, the numerous parties involved in this case, the complexity of the issues, and scheduling difficulties, the parties jointly move to modify the current scheduling order. *See* D.E. 92, 93. In support, the parties report that:

1. The parties have exchanged numerous written discovery requests in this matter.

2. A small number of written discovery requests and follow-up correspondence remains pending. The parties are working toward completion of all outstanding requests and resolution of outstanding issues.

3. The parties have completed the depositions of Plaintiff Hope Coleman, Defendant BPD Officer Garrett Boyle, Defendant BPD Officer Kevin Finn, Defendant then-Commissioner William Evans, and Defendant Dr. Sophia Dyer, as well former-Commissioner William Gross, BPD Sargent Thomas Pratt, EMT Kyle MacKinnon, EMT Terry Mentele, and the deposition of the Boston Public Health

*Allowed. A status conference, to be attended by each party and representative of the City with full settlement authority, shall be held on November 22, 2021, a 2:00 p.m.   WMW.DJ 9/1/21*