```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

HOPE COLEMAN, individually        )
and as the legal                  )
representative of the ESTATE      )
of TERRENCE J. COLEMAN,           )
     Plaintiff,                   )
                                  )   C.A. No. 18-10646-MLW
                                  )
       v.                         )
                                  )
CITY OF BOSTON et al.,            )
     Defendants.                  )

                               ORDER

WOLF, D.J.                                          June 27, 2022

It is hereby ORDERED that a hearing on plaintiff Hope Coleman's Motion to Compel Discovery from Defendants City of Boston, William Evans, Garrett Boyle, and Kevin Finn (Dkt. No. 113) shall be held on August 3, 2022, at 2:00 p.m. in the Moakley Courthouse.

                                   /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE