```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

HOPE COLEMAN, individually        )
and as the legal                  )
representative of the ESTATE      )
of TERRENCE J. COLEMAN,           )
    Plaintiff,                    )
                                      )   C.A. No. 18-10646-MLW
       v.                          )
                                      )
CITY OF BOSTON et al.,            )
    Defendants.                   )

## ORDER

WOLF, D.J.                                         November 14, 2022

    The parties in a Joint Submission on October 19, 2022, requested that the court extend the deadline for discovery to December 12, 2022, in order to, among other things, conduct the depositions of defendant and former Boston Police Department Commissioner William Evans and defendant City of Boston's Rule 30(b)(6) designee Sergeant Detective Thomas Pratt. See Dkt. No. 139. On December 12, 2022, defendant City of Boston filed a motion requesting that the court extend until January 9, 2023 the time in which Pratt's deposition shall be conducted. See Dkt. No. 141

    On December 12, 2022, plaintiff Hope Coleman filed an objection to the request for additional time. See Dkt. No. 142. Coleman asserts that Evans was inadequately prepared for his deposition and that the second required witness, Pratt, was not produced for his deposition at all. Coleman states that she intends

to seek further appropriate relief from the court and will do so when she receives a transcript of Evans' recent testimony. The court assumes that plaintiff may be seeking sanctions pursuant to Fed. R. Civ. Pro. 16(f) and 37(b)(2). See generally Red Wolf Energy Trading, LLC v. Bia Cap. Mgmt., LLC, No. CV 19-10119-MLW, 2022 WL 4112081 (D. Mass. Sept. 8, 2022)(granting plaintiff's motion for sanctions and entering default judgment against defendants due to their failure to comply with court's discovery orders).

In any event, the court does not intend to decide the defendant's motion for an extension of time (Dkt. No. 141) until it receives plaintiff's further response and decides any issues it may raise.

                                      /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE