UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-10646

HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN,

    Plaintiff,

v.

CITY OF BOSTON, et al.,

    Defendants.

## AFFIDAVIT OF SARAH MCATEER

I, Sarah McAteer, attorney for the City of Boston, hereby on oath depose and say:

1. I make this affidavit based upon personal knowledge.
2. I attempted to reach Dr. Robert Mullaly in an effort to find out whether documents exist relating to his 2016 fitness for duty examination of Officer Kevin Finn using all contact information he provided the Boston Police Department in 2016 when he was last involved with the Boston Police Department.
3. I further performed an internet search to attempt to locate updated contact information for Dr. Mullaly, including running searches on the website for professional licensure of psychologists.
4. I attempted to call the phone numbers found through this search and was unable to reach Dr. Mullaly or confirm an accurate phone number.
5. I mailed a letter to Dr. Mullaly's last known professional address and received no reply.
6. I emailed the email address previously provided to Boston Police Department by Dr. Mullaly and received no reply.
7. To date, I have received no response to any email or letter sent to Dr. Mullaly relating to this search for records.

Signed under the pains and penalties of perjury this _17th___ day of January, 2023.

                                            ___/s/Sarah J. McAteer____
                                            Sarah J. McAteer