UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN, Plaintiff,<br><br>v.<br><br>CITY OF BOSTON et al., Defendants. | C.A. No. 18-10646-MLW |

ORDER

WOLF, D.J.                                                                February 16, 2023

It is hereby ORDERED that a hearing on plaintiff Hope Coleman's Motion for Sanctions (Dkt. No. 144) shall be held on March 2, 2023, at 11:00 a.m. and, if necessary, continue on March 3, 2023. William Evans and Thomas Pratt shall be present and prepared to testify concerning the Motion if necessary. All potential witnesses shall obey the February 16, 2023 Sequestration Order.

                                                              /s/ Mark L. Wolf
                                                              UNITED STATES DISTRICT JUDGE