```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

HOPE COLEMAN, individually )
and as the legal )
representative of the ESTATE )
of TERRENCE J. COLEMAN, )
    Plaintiff, )
                             ) C.A. No. 18-10646-MLW
                             )
     v. )
                             )
CITY OF BOSTON et al., )
    Defendants. )

## SEQUESTRATION ORDER

WOLF, D.J.                                                               February 16, 2023

    It is hereby ORDERED that:

    1. Each potential witness in this case shall not discuss his or her prospective testimony with any other potential witness and shall not after testifying tell any prospective witness what he or she was asked or answered.

    2. Pursuant to Fed. R. Evid. 615, except for plaintiff Hope Coleman, designated representatives of defendants City of Boston and the Boston Public Health Commissioner, and the defendants sued in their individual capacity (William Evans, Sophia Dyer, Garret Boyle, and Kevin Finn), each witness shall be excluded from the courtroom when other witnesses are testifying.

    This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege or some other

applicable privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                                          /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE