Sealed Exhibit C

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**



Home | Help | Logout

MIRCS Home » Pending License Applications » Deliver/Issue License

**BOYLE, GARRETT V**                                 **DOB** ███████         [? HELP]

| | | |
|---|---|---|
| **Application Type: New** | License Type: **Resident Class A Large Capacity License to Carry Firearms**   License No.: ███████ | License Status: **Activated by FRB - Pending Delivery and Issue** |

✦ **License Summary**

⊞ License Application

⊡ Print Application or Receipt

⊡ Print Rules/Letters/Certs.

⊡ Issue License

⊡ Void License

## License Information
(N/A = Data not provided)

**License Details**

| | |
|---|---|
| **License Type:** | Resident Class A Large Capacity License to Carry Firearms |
| **License No.:** | ███ |
| **Issue Date:** | 11/10/2016 |
| **Expiration Date:** | 07/03/2022 |
| **Issuing City/Town:** | BOSTON 02120 |
| **Licensing Authority:** | BOSTON PD (WILLIAM B. EVANS) |
| **Restrictions:** | None |



(License Photo ID)

**Residential Address**
BOYLE, GARRETT V
███████████

**Business Address** (Employer)
1 SCHROEDER PLAZA
BOSTON, MA 02119

**Demographic Information**

| | |
|---|---|
| **Occupation:** | BOSTON POLICE OFFICER |
| **Hair Color:** | BROWN |
| **Eye Color:** | BROWN |
| **Height:** | 6' 01" |
| **Weight:** | 190 |
| **Place of Birth:** | MASSACHUSETTS |
| **Date of Birth:** | ███████ |
| **Positive ID Method:** | Print On File |

• Terms of Use   • Submit Feedback

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Department of Criminal Justice Information Services at 617-660-4710.

© Department of Criminal Justice Information Services

Massachusetts Criminal Justice Information Services (CJIS)

COB006490

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**



MIRCS Home » Pending License Applications » Deliver/Issue License

## License Successfully Delivered and Issued

The license has been successfully issued.

`? HELP`

| | |
|---|---|
| **Holder/Applicant Name:** | BOYLE, GARRETT V |
| **License Number:** | |

This license application is now considered issued and is available for use based on the issue date listed on the license.

• **MIRCS Home**   • **Manage Pending License Applications**

• Terms of Use   • Submit Feedback

© Department of Criminal Justice Information Services

Massachusetts Criminal Justice Information Services (CJIS)

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Department of Criminal Justice Information Services at 617-660-4710.

COB006491

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**MIRCS**
Massachusetts Instant Record Check System

Home | Help | Logout

MIRCS Home » Pending License Applications » Review License Application

## License Application Successfully Approved and sent to FRB

The license application has been successfully approved and is pending activation by FRB.

⟨? HELP⟩

**Applicant Name:**   BOYLE, GARRETT V
**License Number:**   

This license application is now considered **"Approved - Pending Activation by FRB"** and is no longer available for editing or review. You may still view a read only version of the license application while activation by FRB is pending.

• **MIRCS Home**   • **Manage Pending License Applications**

---

• Terms of Use   • Submit Feedback

© Department of Criminal Justice Information Services

Massachusetts Criminal Justice Information Services (CJIS)

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Department of Criminal Justice Information Services at 617-660-4710.

COB006492



Name: **BOYLE** **GARRETT**
Last          First          Middle

Date of Birth: ████████████

Maiden Name: N/A

Place of Birth: BOSTON, MA

Address: ████████████

City: ████████████  Zip Code: 02126

Phone: ████████████

Naturalized Citizen: Yes ✓ /No:

Date of Naturalization: ___/___/___

Drivers License Number: ████████████

Social Security Number: ████████████

M/F? M  Hair: BROWN  Eyes: BROWN

Wt: 190  Ht: 6" 1"  Complexion: White

Rank: PO

Identification (ID) Number: ████████████

Assignment: D-4

Date Of Appointment: 12/8/14

Work Phone: 617-650-7207

Are You Renewing An Existing License? ☐ Yes ☑ No

License Number: _____

Issued By: _____

Expiration Date: ___/___/___

Restrictions: _____

Are you currently issued a Department Firearm?

☒ Yes  ☐ No

Are You Currently Subject To Any Abuse Orders Issued
Under Chapter 208A or 209A Of The Massachusetts
General Laws?  ☐ Yes  ☑ No

Order Number: _____

Issuing Court: _____

Issuance Date: _____

Application Date: 11/1/16

AFIS Tracking # FBOS: ████████████

Interviewing Officer: K Burke

Criminal History Completed: ☒ Yes  ☐ No

Criminal History Located? ☐ Yes  ☐ No

Date Tracking Submitted: 11/1

Date Tracking Returned: _____

DMH Check Submitted: 11/1

DMH Check Returned: _____

Copy Of Department ID: Attached

Proof of Residency: Attached / Not Required

☒ Firearms Safety Course Certificate: { } On File,
{ } Attached, { } Not Required

Applicant Printed (New Application): ☐ Yes  ☐ No

Other Documents Attached Or Required: _____

*Passport*

Reviewed By IAD: _____

IAD Review Date: 11/3/16

☐ This License Is Approved Without Restrictions (ALP).

☐ This License Is Approved With The Following Listed

Restrictions: _____

Approved By: _____

License #: _____

Issuance Date: _____

Expiration Date: _____

☐ This License Is Denied For The Following

Reason(s): _____

_____

_____

*Commissioner's Stamp:*

9/2011

## CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



### The Commonwealth of Massachusetts
### Department of Criminal Justice Information Services
**Firearms Records Bureau**

FTN: 

LIC #: 





### Application
**FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR
LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN OR
ALIEN PERMIT TO POSSESS A RIFLE OR SHOTGUN OR
NON-RESIDENT LICENSE TO CARRY FIREARMS
(MGL C.140, s.129B AND s.131 AND s.131H AND s.131F)**

### Please Check One

☑ New Applicant

— Renewal - Most Recent License to Carry/FID Number: _____

    Issued from Which City/Town? _____ MA   Expiration Date: _____

*NOTE: If application is for first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or
Hunter Safety Course Certificate must be attached to this application.

### Please Check the Type of License for Which You are Applying
(Please Check Only One)

— Firearms Identification Card - Restricted (mace and pepper spray)

— Firearms Identification Card

☑ License to Carry

— License to Possess a Machine Gun

— Gun Club License (Only the Colonel of the State Police can issue a club license)

— Resident Alien Permit to Possess a Rifle or Shotgun

— Non-Resident Class A Large Capacity/Temp. License to Carry Firearms

— Non-Resident Class A Large Capacity Firearms Employment/Military Temp. LTC

### Except for Signature, Print or Type all Requested Information

| BOYLE | GARRETT | V | |
|---|---|---|---|
| Last Name | First Name | Middle Name | Suffix |

| | BOSTON | MA | |
|---|---|---|---|
| | City | State | |

| | BOSTON | MA | |
|---|---|---|---|
| | City | State | |

| MASSACHUSETTS | |
|---|---|
| Place of Birth | |

| JEANNE | ADDUCI | FREDERICK | BOYLE |
|---|---|---|---|
| Mother's First Name | Mother's Maiden Name | Father's First Name | Father's Last Name |

| 6' 01" | 190 lbs. | MEDIUM | FAIR | BROWN | BROWN |
|---|---|---|---|---|---|
| Height | Weight | Build | Complexion | Hair Color | Eye Color |

| BOSTON POLICE OFFICER | | | |
|---|---|---|---|
| Occupation | | umber (Optional) | Drivers License Number |

| BOSTON POLICE DEPT | 1 SCHROEDER PLAZA |
|---|---|
| Employed By | Business Address |

| BOSTON | MA | 02119 | 617-343-4250 |
|---|---|---|---|
| City/Town | State | Zip | Telephone Number |

COB006494

## CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

### Please Answer the Following Questions Completely and Accurately

1. Are you a citizen of the United States?        Y

    If lawful permanent resident alien provide green card number and date you became a resident

      Green Card No.       Resident Since

    If naturalized give date, place and naturalization number

      Date       Place       Naturalization No.

2. Have you ever renounced your U.S. citizenship?    N

3. What is your age?    25

4. Have you ever been arrested or appeared in any court as a defendant for any criminal offense?    N

5. Are you the subject of any pending criminal charges?    N

6. Have you ever been convicted of a felony?    N

7. Have you ever been convicted of the unlawful use, possession, or sale of controlled substances as defined in M.G.L. c. 94C, § 1?    N

8. Have you ever been convicted of a violent crime or a crime of domestic violence?    N

9. Have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child in any state or federal jurisdiction?    N

10. Are you now, or have you ever been the subject of a restraining order issued pursuant to M.G.L. c. 209A, or a similar order issued by another jurisdiction?    N

11. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction?    N

12. Have you ever been committed to any hospital or institution for mental illness, or alcohol or substance abuse?    N

13. Has any firearms license issued under the laws of any state or territory ever been suspended, revoked, or denied?    N

14. Have you been discharged from the armed forces of the United States under dishonorable conditions?    N

15. Have you ever been the subject of an order of the probate court appointing a guardian or conservator?    N

COB006495

## CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**If You Answered "YES" to any of the Questions 4-15, Give Details Which Must Include Dates, Circumstances and Location**

Other than Massachusetts, in what state, territory or jurisdiction have you resided? <u>NEW HAMPSHIRE , MAINE , CONNECTICUT</u>

Have you ever held a License to Carry in any other state, territory or jurisdiction? <u>N</u>

If "YES", when, where and license number?

| Date Range | Place | License No. |
|---|---|---|

Have you ever used or been known by another name? <u>N</u>

If yes, provide name and explain:

## List the Name and Addresses of Two References

1.
   Last Name      First Name

   Address      City/Town      State   Zip

2.
   Last Name      First Name

   Address      City/Town      State   Zip

Reason(s) for requesting the issuance of a card or license: <u>ALL LAWFUL PURPOSES</u>

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction or by both such fine and imprisonment (MGL c. 140, §§ 129B(8) and 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer (s) will be just cause for denial or revocation of my license to carry firearms. I understand that filing an application that contains false information is a criminal offense.

Signed under the penalties of perjury this _____ day    day of    _11_    _2016_
                                      day                month             year

Signature of Applicant: _____

COB006496

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**





COB006497

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**



E8.    11101268262-1  36440

*MA*

www.mass.gov/rmv
MA 06-07-2012

97-03-1991
CLASS -
D:  Small vehicle less than 26,001
lbs, except school bus.

ENDORSEMENTS -
NONE

RESTRICTIONS -
NONE

COB006498

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**



COB006499

# Boston Police   *Boyle*

## SUBJECT TO PROTECTIVE ORDER

# CASHIER'S PAYMENT FORM – W2

## — CASH, CORPORATION CHECKS ONLY

| X | BP | mount | X | # | | Amount |
|---|----|-------|---|---|---|--------|
| BP | | BPD | 05 | | **REPORTS & INFORMATION** | |
| | | $ 25.00 | | 060 | Letter of Good Conduct | $ 5.00 |
| | | $ 100.00 | | 062 | Media Relations | $ |
| | | $ 5.00 | | 063 | Journal Log (per page) | $ .50 |
| | | $ 25.00 | | 064 | Legal Information | $ |
| | | $ 25.00 | | 065 | Work Permits | $ 5.00 |
| | | $ 5.00 | | 066 | Police Reports | $ 5.00 |
| | | $ 200.00 | | 067 | Printouts | $ 1.00 |
| | | $ 200.00 | | 068 | Lost Property | $ |
| | | $ 200.00 | | 069 | | $ |
| | | $ 35.00 | | 070 | Court Subpoena | $ |
| | | $ 100.00 | | 071 | Information Request | $ 5.00 |
| | | $ 150.00 | | 072 | 911 Tape | |
| | | $ 105.00 | | | | |
| | | $ 15.00 | | | | |
| | | $ 27.50 | | | | |
| | | $ 1.00 | BPD | 07 | **FINES** | |
| | | $ 150.00 | | 073 | False Alarms | $ |
| | | $ 2.00 | | 074 | Violation Citations | $ |
| | | $ 2.00 | | | | |
| | | $ 2.00 | | | | |
| | | | BPD | 08 | **MISCELLANEOUS** | |
| | | | | 075 | Miscellaneous | $ |
| BP | | | | 076 | HazMat | $ |
| | 016 | Ammunition Dealer | | 077 | PropertyRoom.com | $ |
| | 017 | FIC/Rifle/Shotgun | $ 100.00 | 078 | MA Police State ID | $ 9.50 |
| | 018 | LTC/Firearm/Class A & B | $ 100.00 | | | |
| | 019 | FIC Mace | $ 25.00 | | | |
| | 020 | Gunsmith/Dealer | $ 100.00 | | | |
| | 021 | Gunsmith | $ 100.00 | BPD | 00 | **RETURNED (NG) CHECK FEE** | **$ 25.00** |
| | 022 | FIC: Under 18 years | $ 25.00 | | | |
| | 023 | Firearms Dealer | $ 100.00 | | | |
| | 024 | Machine Gun License | $ 100.00 | BPD | 012 | **CIVIL FINGERPRINTING** | **$50.00** |
| | 025 | Law Enforcement Firearms Permit | $ 25.00 | | | |

---

### Receipt

City of Boston
Boston Police Department
617-343-4666

Date:    11/1/2016 3:23 PM
Cashier: 011370       Batch: 31607
Office:  BPD          Tran #: 21
=================================
Receipt #: 01356480

BPD25  Law Enforcement Firear   $25.00
        1.000 x 25.000000

        Payment Total:      $25.00

=================================
Transaction Total:      $25.00
    Cash Tendered :      $25.00

Thank you for your payment.

PAID 2016 NOV -1 PM 3:23 CENTRAL CASHIER'S OFFICE

---

Total Amount Due: $   25.00
BPD Employee Initial: _KB_   ID#: 11734

page 1

CQB006500

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**CJISWeb Printout Generated On: 11/01/2016 15:37:23**
**By User/Agency: BURKE-KATHLEEN/BOSTON POLICE DEPARTMENT**

## MA Warrants (WMS)

**Results For -** Name: **BOYLE, GARRETT;**   Date of Birth: 

| Full Name | Sex | Race | DOB | CJIS Ref. | Court Docket |
|-----------|-----|------|-----|-----------|--------------|
|           |     |      |     |           |              |

**CJISWeb Printout Generated On: 11/01/2016 15:37:23**
**By User/Agency: BURKE-KATHLEEN/BOSTON POLICE DEPARTMENT**

COB006501

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**CJISWeb Printout Generated On: 11/01/2016 15:37:43**
**By User/Agency: BURKE-KATHLEEN/BOSTON POLICE DEPARTMENT**

# MA Criminal History

Commonwealth of Massachusetts
Criminal History Systems Board

Adult record not found in Board of Probation File on CJIS for:

Name: BOYLE, GARRETT
DOB: ▇▇▇▇▇▇▇▇▇▇
Today's date: 11/01/2016
Today's time: 15:37

This indicates that there have been no adult court appearances
recorded in the Massachusetts Probation Central File Automated Database
for this name and date of birth.

Please check that the name referenced above matches the name and date of birth
of the person whose record you requested.  IT IS YOUR RESPONSIBILITY TO ENSURE
THAT THE RESPONSE CORRESPONDS WITH THE REQUEST.  If there is a discrepancy
please contact the CORI Unit at (617)660-4640.

REQUESTED BY: BURKE-KATHLEEN
COMPLETED BY: BURKE-KATHLEEN

**CJISWeb Printout Generated On: 11/01/2016 15:37:43**
**By User/Agency: BURKE-KATHLEEN/BOSTON POLICE DEPARTMENT**

COB006502

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**CJISWeb Printout Generated On: 11/01/2016 15:37:59**
**By User/Agency: BURKE-KATHLEEN/BOSTON POLICE DEPARTMENT**

## MA Sex Offender (SX)

**Results For - Name: BOYLE, GARRETT;  Date of Birth:** ███████

| Full Name | Date of Birth | SSN | SON | Status | Level |
|-----------|---------------|-----|-----|--------|-------|
| No Records Found. | | | | | |

**CJISWeb Printout Generated On: 11/01/2016 15:38:00**
**By User/Agency: BURKE-KATHLEEN/BOSTON POLICE DEPARTMENT**

COB006503

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**CJISWeb Printout Generated On: 11/01/2016 15:39:04
By User/Agency: BURKE-KATHLEEN/BOSTON POLICE DEPARTMENT**

---

# Criminal History NCIC/III (QH)

**Results For** - Name: **BOYLE, GARRETT;**   Date of Birth: 
Race: **W;**   Sex: **M**

---

**Response from: NCIC**

---

```
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX (III)
FOR NAM/BOYLE,GARRETT.SEX/M.RAC/W.DOB/
END
```

---

**CJISWeb Printout Generated On: 11/01/2016 15:39:04
By User/Agency: BURKE-KATHLEEN/BOSTON POLICE DEPARTMENT**

COB006504

## CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**Massachusetts State Police AFIS Results**
Commonwealth of Massachusetts

Logged in as: BURKE-KATHLEEN | Home | Help | Logout

| Home | Search | Work Queue |
|------|--------|------------|

[Back]                                                      Print AFIS Result | Complete Review

|  | Agency: **BOSTON PD** | |
|---|---|---|
| Date Fingerprinted: **11/01/2016** | Fingerprint Transmit Date: **11/01/2016** | Transaction Status: **No Record** |
| Name: **BOYLE, GARRETT** | FBI No.: | FBI AFIS Result: **Non Ident.** |
| Date of Birth: | State ID No.: | State AFIS Result: **Non Ident.** |
| Program Code: | | OCA: |

| AFIS Result | **Submission Detail** | **AFIS Status History** |
|---|---|---|

Following fingerprint submission detail found on record.

### Submission Detail

| Tracking No.: | Date Fingerprinted: **11/01/2016** | Agency: **BOSTON PD** |
|---|---|---|
| Transaction Status: **No Record** | Record Type: **Applicant** | |
| Name: **BOYLE, GARRETT** | Date of Birth: **07/03/1991** | Social Security No.: |
| Sex: **Male** | Race: **White** | Place of Birth: **Massachusetts** |
| Eye Color: **BROWN** | Hair Color: **Brown** | Country of Citizenship: |
| Height: **6'1"** | Weight: **190** | Scars, Marks, Tattoos: |
| Address: | | |
| Occupation: | | |
| Employer: | Employer Address: | |
| Reason Fingerprinted: **FIREARMS LICENSING** | | |

Terms of Use

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Massachusetts Department of Criminal Justice Information Services at 617-660-4710.

© 2013 Massachusetts Department of Criminal Justice Information Services

Massachusetts Department of Criminal Justice Information Services (DCJIS)
200 Arlington Street, Suite 2200
Chelsea, MA 02150
CJIS Operations: 617-660-4620

Version 1.0

COB006505

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# The Commonwealth of Massachusetts

## BASIC FIREARMS SAFETY CERTIFICATE

**BASIC FIREARMS SAFETY CERTIFICATE**

The following named individual has successfully completed a Basic Firearms Safety Course as prescribed by G.L. c.140, § 131P and 515 CMR 3.05.

**Garrett Boyle**

(Name)

**Basic Firearms Safety**

(Certified Course Title)

**William H Gavin**

(Instructor's Name)

**XX**

(Valid for LTC)

(Valid for FID Only)

**BFS002379**

(Certification Number)

**12/12/2017**

(Certification Expiration Date)

**TLC-001**

(Course Certification Number)

(Date of Birth)

**02/24/2018**

(LTC Expiration Date)

I hereby certify the person named in this certificate has successfully completed a Basic Firearms Safety Course as prescribed by G.L. C. 140, § 131P and 515 CMR 3.05.

Instructor's Signature _William H Gavin_

Date Course Completed **11/08/2016**

COB006506

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# MIRCS
### Massachusetts Instant Record Check System

Home | Help | Logout

MIRCS Home » Pending License Applications » Deliver/Issue License

**FINN, KEVIN P.**    **DOB:** ███████    [? HELP]

**Application Type:** New | License Type: **Resident Class A Large Capacity License to Carry Firearms**    License No.: ███████ | License Status: **Activated by FRB - Pending Delivery and Issue**

♦ **License Summary**
⊞ License Application
⊞ Print Application or Receipt
⊞ Print Rules/Letters/Certs.
⊞ Issue License
⊞ Void License

## License Information
(N/A) = Data not provided)

**License Details**

| | |
|---|---|
| **License Type:** | Resident Class A Large Capacity License to Carry Firearms |
| **License No.:** | ███████ |
| **Issue Date:** | 11/10/2016 |
| **Expiration Date:** | 04/25/2022 |
| **Issuing City/Town:** | BOSTON 02120 |
| **Licensing Authority:** | BOSTON PD (WILLIAM B. EVANS) |
| **Restrictions:** | None |


(License Photo ID)

**Residential Address**
FINN, KEVIN P.

███████████████

**Business Address** (Employer)
1 SCHROEDER PLAZA
BOSTON, MA 02120

**Demographic Information**

| | |
|---|---|
| **Occupation:** | BOSTON POLICE OFFICER |
| **Hair Color:** | BLOND OR STRAWBERRY |
| **Eye Color:** | BLUE |
| **Height:** | 5' 09" |
| **Weight:** | 175 |
| **Place of Birth:** | MASSACHUSETTS |
| **Date of Birth:** | ███████ |
| **Positive ID Method:** | Print On File |

• Terms of Use  • Submit Feedback

© Department of Criminal Justice Information Services

Massachusetts Criminal Justice Information Services (CJIS)

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Department of Criminal Justice Information Services at 617-660-4710.

COB006507

...

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

Home | Help | Logout

# MIRCS
### Massachusetts Instant Record Check System

MIRCS Home  »  Pending License Applications  »  Deliver/Issue License

## License Successfully Delivered and Issued

The license has been successfully issued.

? HELP

**Holder/Applicant Name:**     FINN, KEVIN P.

**License Number:** 

This license application is now considered issued and is available for use based on the issue date listed on the license.

• **MIRCS Home**     • **Manage Pending License Applications**

---

• Terms of Use   • Submit Feedback

© Department of Criminal Justice Information Services

Massachusetts Criminal Justice Information Services (CJIS)

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Department of Criminal Justice Information Services at 617-660-4710.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



Home | Help | Logout

## MIRCS
Massachusetts Instant Record Check System

MIRCS Home » Pending License Applications » Review License Application

## License Application Successfully Approved and sent to FRB

The license application has been successfully approved and is pending activation by FRB.    [? HELP]

**Applicant Name:**     FINN, KEVIN P.

**License Number:**

This license application is now considered **"Approved - Pending Activation by FRB"** and is no longer available for editing or review. You may still view a read only version of the license application while activation by FRB is pending.

• **MIRCS Home**    • **Manage Pending License Applications**

---

• Terms of Use   • Submit Feedback                © Department of Criminal Justice Information Services

Massachusetts Criminal Justice Information Services (CJIS)

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Department of Criminal Justice Information Services at 617-660-4710.



# LICENSE TO CARRY FIREARMS WORK SHEET
## BPD SWORN ONLY

Name: Finn    Kevin    P
_Last    First    Middle_

Date of Birth: ▓▓▓▓▓▓▓▓▓▓▓▓

Maiden Name: ▓▓▓▓▓▓▓▓▓▓▓▓

Place of Birth: Boston

Address: ▓▓▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓▓▓▓▓

Phone: ▓▓▓▓▓▓▓▓▓▓▓▓

Naturalized Citizen: Yes _____ /No: ✓

Date of Naturalization: ___/___/___

Drivers License Number ▓▓▓▓▓▓▓▓

Social Security Number: ▓▓▓▓▓▓▓▓

M/F? M  Hair: blond  Eyes: blue

Wt: 175  Ht: 5'9"  Complexion: Fair

Rank: Police officer

Identification (ID) Number: 103632

Assignment: Police officer

Date Of Appointment: 12/08/14

Work Phone: 617-343-4250

Are You Renewing An Existing License? ☐ Yes ☒ No

License Number: _____

Issued By: _____

Expiration Date: ___/___/___

Restrictions: _____

Are you currently issued a Department Firearm?

☒ Yes  ☐ No

Are You Currently Subject To Any Abuse Orders Issued
Under Chapter 208A Or 209A Of The Massachusetts
General Laws?  ☐ Yes  ☒ No

Order Number: _____

Issuing Court: _____

Issuance Date: _____

9/2011

---

Application Date: 11-1-16

AFIS Tracking # FBOS: 000306029?

Interviewing Officer: _Allen_

Criminal History Completed: ☒ Yes  ☐ No

Criminal History Located? ☐ Yes  ☐ No

Date Tracking Submitted: 11-1-16

Date Tracking Returned: _____

DMH Check Submitted: 11-1-16

DMH Check Returned: _____

Copy Of Department ID: Attached

Proof of Residency: Attached / Not Required

Firearms Safety Course Certificate: { } On File,
{ } Attached, { } Not Required

Applicant Printed (New Application): ☒ Yes  ☐ No

Other Documents Attached Or Required:
MASS LC, BPD ID

Reviewed By IAD: _____

IAD Review Date: 11/1/16

☐ This License Is Approved Without Restrictions (ALP).

☐ This License Is Approved With The Following Listed
Restrictions: _____

Approved By: _____

License #: _____

Issuance Date: _____

Expiration Date: _____

☐ This License Is Denied For The Following
Reason(s): _____
_____
_____

_Commissioner's Stamp:_

Case 1:17-cv-0010... Document 173... Filed... Page...

# CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**FTN:** ▮

## The Commonwealth of Massachusetts
### Department of Criminal Justice Information Services
#### Firearms Records Bureau

**LIC #:** ▮

### Application
#### FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR
#### LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN OR
#### ALIEN PERMIT TO POSSESS A RIFLE OR SHOTGUN OR
#### NON-RESIDENT LICENSE TO CARRY FIREARMS
#### (MGL C.140, s.129B AND s.131 AND s.131H AND s.131F)



## Please Check One

✓ New Applicant

— Renewal - Most Recent License to Carry/FID Number: _____

   Issued from Which City/Town? _____ MA   Expiration Date: _____

*NOTE: If application is for first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached to this application.

## Please Check the Type of License for Which You are Applying
### (Please Check Only One)

— Firearms Identification Card - Restricted (mace and pepper spray)

— Firearms Identification Card

✓ License to Carry

— License to Possess a Machine Gun

— Gun Club License (Only the Colonel of the State Police can issue a club license)

— Resident Alien Permit to Possess a Rifle or Shotgun

— Non-Resident Class A Large Capacity/Temp. License to Carry Firearms

— Non-Resident Class A Large Capacity Firearms Employment/Military Temp. LTC

## Except for Signature, Print or Type all Requested Information

| FINN | KEVIN | P. | |
|---|---|---|---|
| Last Name | First Name | Middle Name | Suffix |

| ▮▮▮ | ▮▮▮ | MA | ▮▮▮ |
|---|---|---|---|
| Residential Address | City | State | Telephone Number |

| ▮▮▮ | City | MA | ▮▮▮ |
|---|---|---|---|
| Mailing Address | City | State | |

| ▮ | MASSACHUSETTS | | |
|---|---|---|---|
| Date of Birth | Place of Birth | | |

| RENEE | WOODFORD | KEVIN | FINN |
|---|---|---|---|
| Mother's First Name | Mother's Maiden Name | Father's First Name | Father's Last Name |

| 5' 09" | 175 lbs. | MEDIUM | FAIR | BLOND OR STRAWBERRY | BLUE |
|---|---|---|---|---|---|
| Height | Weight | Build | Complexion | Hair Color | Eye Color |

| BOSTON POLICE OFFICER | ▮▮▮ | ▮▮▮ |
|---|---|---|
| Occupation | Social Security Number (Optional) | Drivers License Number |

| CITY OF BOSTON POLICE DEPT | 1 SCHROEDER PLAZA |
|---|---|
| Employed By | Business Address |

| BOSTON | MA | 02120 | 617-343-4250 |
|---|---|---|---|
| City/Town | State | Zip | Telephone Number |

COB006511

## CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

### Please Answer the Following Questions Completely and Accurately

1. Are you a citizen of the United States?    Y

    If lawful permanent resident alien provide green card number and date you became a resident    Green Card No.    Resident Since

    If naturalized give date, place and naturalization number    Date    Place    Naturalization No.

2. Have you ever renounced your U.S. citizenship?    N

3. What is your age?    29

4. Have you ever been arrested or appeared in any court as a defendant for any criminal offense?    Y

5. Are you the subject of any pending criminal charges?    N

6. Have you ever been convicted of a felony?    N

7. Have you ever been convicted of the unlawful use, possession, or sale of controlled substances as defined in M.G.L. c. 94C, § 1?    N

8. Have you ever been convicted of a violent crime or a crime of domestic violence?    N

9. Have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child in any state or federal jurisdiction?    N

10. Are you now, or have you ever been the subject of a restraining order issued pursuant to M.G.L. c. 209A, or a similar order issued by another jurisdiction?    N

11. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction?    N

12. Have you ever been committed to any hospital or institution for mental illness, or alcohol or substance abuse?    N

13. Has any firearms license issued under the laws of any state or territory ever been suspended, revoked, or denied?    N

14. Have you been discharged from the armed forces of the United States under dishonorable conditions?    N

15. Have you ever been the subject of an order of the probate court appointing a guardian or conservator?    N

COB006512

## CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**If You Answered "YES" to any of the Questions 4-15, Give Details Which Must Include Dates, Circumstances and Location**

FLORIDA, OUI, NP

Other than Massachusetts, in what state, territory or jurisdiction have you resided? <u>None</u>

Have you ever held a License to Carry in any other state, territory or jurisdiction?                                            <u>N</u>

If "YES", when, where and license number?

| Date Range | Place | License No. |
|---|---|---|
| | | |

Have you ever used or been known by another name?                                                                              <u>N</u>

If yes, provide name and explain: _____

_____

### List the Name and Addresses of Two References

1. _____
   Last Name                                        First Name

   _____
   Address                                  City/Town                    State    Zip

2. _____
   Last Name                                        First Name

   _____
   Address                                  City/Town                    State    Zip

Reason(s) for requesting the issuance of a card or license: <u>ALL LAWFUL PURPOSES</u>

**\*WARNING\*** Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction or by both such fine and imprisonment (MGL c. 140, §§ 129B(8) and 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer (s) will be just cause for denial or revocation of my license to carry firearms. I understand that filing an application that contains false information is a criminal offense.

Signed under the penalties of perjury this _____1_____ day of _November_  _2016_
                                                                day                      month              year

Signature of Applicant: _____

COB006513

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**





COB006514

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**



COB006515

# BOSTON POLICE DEPARTMENT
SUBJECT TO PROTECTIVE ORDER
## CASHIER'S PAYMENT FORM – W2

### NO PERSONAL CHECKS — CASH, CORPORATION CHECKS ONLY

| Amount | X | # | | Amount |
|---|---|---|---|---|
| | BPD | 05 | **REPORTS & INFORMATION** | |
| $ 25.00 | | 060 | Letter of Good Conduct | $ 5.00 |
| $ 100.00 | | 062 | Media Relations | $ |
| $ 5.00 | | 063 | Journal Log (per page) | $ .50 |
| $ 25.00 | | 064 | Legal Information | $ |
| $ 25.00 | | 065 | Work Permits | $ 5.00 |
| $ 5.00 | | 066 | Police Reports | $ 5.00 |
| $ 200.00 | | 067 | Printouts | $ 1.00 |
| $ 200.00 | | 068 | Lost Property | $ |
| $ 200.00 | | 069 | | $ |
| $ 35.00 | | 070 | Court Subpoena | $ |
| $ 100.00 | | 071 | Information Request | $ 5.00 |
| $ 150.00 | | 072 | 911 Tape | |
| $ 105.00 | | | | |
| $ 15.00 | | | | |
| $ 27.50 | | | | |
| $ 1.00 | BPD | 07 | **FINES** | |
| $ 150.00 | | 073 | False Alarms | $ |
| $2.00 | | 074 | Violation Citations | $ |
| $2.00 | | | | |
| $2.00 | | | | |
| | BPD | 08 | **MISCELLANEOUS** | |
| | | 075 | Miscellaneous | $ |
| | | 076 | HazMat | $ |
| $ 100.00 | | 077 | PropertyRoom.com | $ |
| $ 100.00 | | 078 | MA Police State ID | $ 9.50 |
| $ 100.00 | | | | |
| $ 25.00 | 019 | FIC Mace | | |
| $ 100.00 | 020 | Gunsmith/Dealer | | |
| $ 100.00 | 021 | Gunsmith | BPD | 00 **RETURNED (NG) CHECK FEE** $ 25.00 |
| $ 25.00 | 022 | FIC: Under 18 years | | |
| $ 100.00 | 023 | Firearms Dealer | | |
| $ 100.00 | 024 | Machine Gun License | BPD | 012 **CIVIL FINGERPRINTING** $50.00 |
| $ 25.00 | 025 | Law Enforcement Firearms Permit | | |

City of Boston
Boston Police Department
617-343-4666

Date: 11/1/2016 2:13 PM
Cashier: 011370   Batch: 31607
Office: BPD   Tran #: 9

Receipt #: 01356151

BPD25 Law Enforcement Firear   $25.00
1.000 x 25.000000

Payment Total:   $25.00

Transaction Total:   $25.00
Cash Tendered :   $30.00
Change Tendered :   ($5.00)

Thank you for your payment.

CENTRAL CASHIER'S OFFICE 2016 NOV -1 PM 2:13 PAID

Total Amount Due: $
BPD Employee Initial: _____ ID#: 11752

page 1

COB006516

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



# The Commonwealth of Massachusetts

## BASIC FIREARMS SAFETY CERTIFICATE

The following named individual has successfully completed a Basic Firearms Safety Course as prescribed by G.L. c.140, § 131P and 515 CMR 3.05.

Kevin Finn
(Name)

TLC-001
(Date of Birth)

Basic Firearms Safety
(Certified Course Title)

William H Gavin
(Instructor's Name)

BFS002379
(Certification Number)

XX
(Valid for LTC)

(Valid for FID Only)

12/12/2017
(Certification Number)

(Course Certification Number)

02/24/2018
(Certification Expiration Date)  (LTC Expiration Date)

I hereby certify the person named in this certificate has successfully completed a Basic Firearms Safety Course as prescribed by G.L. C. 140, § 131P and 515 CMR 3.05.

Instructor's Signature

Date Course Completed 11/03/2016

COB006517

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

REGISTRY
COUNTY OF SUFFOLK, COMMONWEALTH OF MASSACHUSETTS, UNITED STATES OF AMERICA

Certificate R   № 000397

I, the undersigned, hereby certify that I hold the office of ...........................
City Registrar of the City of Boston and I certify the following facts appear on the
records of Births, Marriages and Deaths kept in said City as required by law.

---

The Commonwealth of Massachusetts
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS
STANDARD CERTIFICATE OF LIVE BIRTH

| | |
|---|---|
| 3C. COUNTY SUFFOLK | 3D. CITY/TOWN MAKING RETURN BOSTON |
| 3B. CITY/TOWN BOSTON | 3E. REGISTERED NUMBER |
| 3A. FACILITY NAME-IF NOT IN FACILITY NUMBER AND STREET BETH ISRAEL HOSPITAL | 08536 |

| 4A. FIRST NAME KEVIN | 4B. MIDDLE PATRICK | 4C. LAST FINN |
|---|---|---|

| 5. SEX MALE | 6A. PLURALITY (Spec. Single, Twin, etc.) SINGLE | 6B. BIRTH ORDER (if not single. Specify Order: First, Second, etc.) | 7. TIME 6:18 AM | 8. DATE OF BIRTH |

| 9A. NAME FIRST | 9B. MIDDLE | 9C. LAST FINN | 9D. SURNAME AT MOTHER'S BIRTH WOODFORD |

| 10. BIRTHPLACE 10A. CITY/TOWN BOSTON | 10B. STATE/COUNTRY MA | 11. DATE OF BIRTH (Month, Day, Year) |

| RESIDENCE 12A. NUMBER AND STREET 1122 BENNINGTON ST. | 12B. CITY/TOWN BOSTON | 12C. COUNTY SUFFOLK | 12D. STATE MA | 12E. ZIP CODE 02121 |

| 13A. NAME FIRST KEVIN | 13B. MIDDLE PAUL | 13C. LAST FINN |

| BIRTHPLACE 14A. CITY/TOWN BOSTON | 14B. STATE/COUNTRY MA | 15. DATE OF BIRTH (Month, Day, Year) |

| 16A. I CERTIFY THAT THE INFORMATION APPEARING ABOVE IS TRUE AND CORRECT (Signature) Denis Finn | 16B. RELATIONSHIP mother | 16C. DATE SIGNED (Month, Day, Year) April 27, 19 87 |

| 16D. MAILING ADDRESS NUMBER AND STREET | CITY | STATE | ZIP CODE |

| 17A. TYPE AT-BIRTH | 17B. TITLE MD | | |
| 17C. SIGNATURE | 17D. TYPE OR PRINT NAME (CH 46, SEC 3&9) VICKI HELLER | 17E. LICENSE NUMBER 54408 |
| 17F. NO. & STREET 10 COVE ST | 17G. CITY/TOWN BOSTON | 17H. STATE MA | 17I. ZIP CODE 02128 | 17J. DATE SIGNED (Month, Day, Year) May 5 1987 |

| 18. DATE OF RECORD (Month, Day, Year) AUG 12 1991 | 19. SUPPLEMENT FILED (Month, Day, Year) | 20. CLERK/REGISTRAR Judith A. McCart |
| CLERK/REGISTRAR OWN USE ONLY | | |

---

I further hereby certify that by annexation, the Records of the following-named cities and towns are in the custody of the City Registrar of Boston:—

| | ANNEXED |
|---|---|
| East Boston | 1637 |
| South Boston | 1804 |
| Roxbury | 1868 |
| Dorchester | 1870 |
| Charlestown | |
| Brighton | 1874 |
| West Roxbury | |
| Hyde Park | 1912 |

WITNESS my hand and the SEAL of the CITY REGISTRAR

on this ......OCT 16 1991...... A.D. 19.........

Judith A. McCartin ..............City Registrar

By Chapter 314 of the Acts of 1892, "the certificates or attestations of the Assistant City Registrars shall have the same force and effect as that of the City Registrar."



COB006518