UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN, *Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON *et al.*, *Defendants*. | No. 18-cv-10646-MLW |

**PLAINTIFF HOPE COLEMAN'S ASSENTED-TO MOTION TO SEAL EXHIBIT C TO PLAINTIFF'S RESPONSE TO CITY'S MARCH 23 "CLARIFICATION"**

With the assent of Defendants City of Boston, William Evans, Garrett Boyle, and Kevin Finn, Plaintiff Hope Coleman hereby moves to file under seal Exhibit C to her contemporaneously filed Response to the City of Boston's March 23 "Clarification," D.E. 171. The exhibit is a copy of Defendants Finn and Boyle's applications for licenses to carry firearms, which the City produced today, March 27, 2023, marked with a "Confidential" designation under the operative protective order in this case, even though personal identifying information has already been redacted. After conferring with the City pursuant to D. Mass. L.R. 7.1, the City has declined to permit the public filing of the document and Ms. Coleman is therefore required to request impoundment. *See* D.E. 77.

Respectfully submitted,

**HOPE COLEMAN**

by her attorneys,

*/s/ Amy Barsky*
Amy Barsky (BBO# 601111)
Daniel N. Marx (BBO# 674523)
William W. Fick (BBO# 650562)
FICK & MARX LLP

1

24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

Oren Sellstrom (BBO# 569045)
Sophia L. Hall (BBO# 684541)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 984-0274
OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG
SHALL@LAWYERSFORCIVILRIGHTS.ORG

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2023

                                                                              /s/ *Amy Barsky*