UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN,<br>            Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, and KEVIN FINN,<br>            Defendants. | C.A. NO.: 1:18-cv-10646-MLW |

## AFFIDAVIT OF GREGORY R. BROWNE, ESQ.

1. My name is Gregory R. Browne, and I, along with Attorneys Michael Barkley and Alexander Terry, represent the Defendant, Sophia Dyer, M.D. ("Dr. Dyer") in this matter.

2. I certify that Dr. Dyer has received the Court's Sequestration Order, dated February 16, 2023 (Document 153) ("Sequestration Order").

3. I certify that the requirements of the Court's Sequestration Order, dated February 16, 2023, have been fully explained to Dr. Dyer.

4. I certify that all witnesses that Dr. Dyer's defense counsel intends to call in this case (other than parties represented by other counsel in this matter), have received the Court's Sequestration Order, dated February 16, 2023, and that the Order has been explained to all witnesses.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31ST day of March, 2023.

/s/ Gregory R. Browne
Gregory R. Browne (BBO #708988)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document will be served electronically to the attorney of record for each party via the ECF system.

Date: 3/31/23                             /s/ Gregory R. Browne
                                          Gregory R. Browne (BBO # 708988)