UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-10646

HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN,

    Plaintiff,

v.

CITY OF BOSTON, et al.,

    Defendants.

## CITY OF BOSTON'S RESPONSE TO MARCH 31, 2023 ORDER

### I. INTRODUCTION

The Defendant City of Boston (the "City") submits this response to the Court's March 31, 2023 Order relating to redactions to Officers Finn and Boyle's personal license to carry firearms applications previously filed by Plaintiff. ECF 182. In its order, the Court states in paragraph 3 that counsel for Finn and Boyle may file a version of the applications with revised redactions for the Court to consider substituting on the docket. For the reasons stated at the hearing, counsel for Finn and Boyle submit the attached exhibit – Exhibit A – and request that it be substituted for the existing license to carry applications on the docket with the additional personal information redacted.

Additionally, in line with our ongoing discovery efforts, the City noted that certain criminal history search documents were not attached to Officer Finn's 2016 license to carry application. For reasons unknown, these documents do not appear to have been printed in 2016.

The City diligently sought to disclose this information and is consequently producing Officer Finn's 2022 application to renew his license to carry as it contains criminal history search documents. *See* Exhibit B. Moreover, the City requested that BPD run a search for this information again and is producing those results. *See* Exhibit C. So that the record is as complete as possible, the City requests that Exhibit A, Exhibit B, and Exhibit C together replace the license to carry applications presently on the docket.

| | |
|---|---|
| Date: April 3, 2023 | Respectfully submitted: |
| | **DEFENDANT, KEVIN FINN**<br>**DEFENDANT, GARRETT BOYLE** |
| | By their attorneys: |
| | Adam N. Cederbaum<br>Corporation Counsel |
| | */s/ Sarah J. McAteer*<br>Elizabeth L. Bostwick (BBO # 644498)<br>Sarah J. McAteer (BBO# 706403)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4048<br>Sarah.McAteer@boston.gov |

**CERTIFICATE OF SERVICE**

I, Sarah J. McAteer, hereby certify that I served a true copy of the above document upon all parties' counsel via this court's electronic filing system on April 3, 2023.

*/s/ Sarah J. McAteer*