UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HOPE COLEMAN
  *Plaintiff*,

  v.

CITY OF BOSTON, et al.,
  *Defendants*.

No. 18-cv-10646-MLW

### JOINT RESPONSE TO THIS COURT'S MARCH 31, 2023 ORDER [ECF 182]

Defendant City of Boston (the "City") respectfully submits the following response to the Court's Order dated March 31, 2023 ("the March 31 Order") [ECF 182].

1. Pursuant to Paragraph 5 of the March 31 Order, the City states the following with respect to attorneys' fees and expenses relating to the Court's determination that the City failed to obey the September 15, 2022 Order:

   a. The City engaged in meaningful and productive discussions with Plaintiff regarding their lodestar calculation submitted to the Court on March 23, 2023 [ECF 172]. The City and Plaintiff agree that the City will pay Plaintiff's counsel ninety-four thousand dollars ($94,000) as reasonable attorney's fees in response to the Court's March 31 Order.

   b. The City expects that it will take less than three weeks to issue a check to Plaintiff and will take all reasonable steps to proceed as quickly as possible.

2. Pursuant to Paragraph 9 of the March 31 Order, the City considered Massachusetts Rules of Professional Conduct 1.7, 1.8, and 1.3, and any other relevant Rules, to determine whether it is permissible for the same counsel to continue to represent the City, William Evans, Commissioner Cox in his official capacity, Kevin Finn, and

1

Garrett Boyle. The City reviewed all relevant rules. The City also consulted other attorneys in the City of Boston. To ensure there is no appearance of a conflict now or in the future, the City has engaged the law firm Brody, Hardoon, Perkins, & Kesten, LLP to represent Kevin Finn and Garrett Boyle. Counsel for the City continues to represent the City of Boston – including Police Commissioner Michael Cox in his official capacity – and William Evans.[1]

        Respectfully submitted,

        **CITY OF BOSTON**

        by its attorneys,

        Adam N. Cederbaum
        Corporation Counsel

        */s/    Sarah J. McAteer*
        Sarah J. McAteer (BBO# 706403)
        Elizabeth L. Bostwick (BBO# 44498)
        Assistant Corporation Counsel
        City of Boston Law Department
        City Hall, Room 615
        Boston, MA 02201
        (617) 635-4048
        SARAH.MCATEER@BOSTON.GOV
        ELIZABETH.BOSTWICK@BOSTON.GOV

---

[1] The City previously submitted a motion for an extension of time relating to this issue. [ECF 188]. Due to the City's decision to engage outside counsel, the issue is resolved and the City withdraws its motion for an extension of time.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2023.

                                                                    */s/ Sarah J. McAteer*