UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN,<br>      Plaintiff,<br><br>           v.<br><br>CITY OF BOSTON; BOSTON PUBLIC HEALTH COMMISSION; WILLIAM EVANS, individually and in his supervisory capacity as the former Commissioner of the Boston Police Department; MICHAEL COX, in his official capacity as the Commissioner of the Boston Police Department; SOPHIA DYER, individually and in her official and supervisory capacities as the Medical Director for the Boston Police Department and Boston Emergency Medical Services; KEVIN FINN, individually and in his official capacity as a police officer for the Boston Police Department; GARRETT BOYLE, individually and in his official capacity as a police officer for the Boston Police Department,<br>      Defendants. | C.A. No. 18-10646-MLW |

ORDER

WOLF, D.J.                                        April 19, 2023

The court has considered plaintiff Hope Coleman and defendant the City of Boston's joint response to the March 31, 2023 Order (Dkt. No. 194). In view of the parties' agreement and pursuant to Fed. R. Civ. P. 37(b)(2)(C), it is hereby ORDERED

that, by May 15, 2023, the City of Boston shall pay to Coleman's counsel $94,000 as reasonable attorneys' fees and costs, as of March 2, 2023, for work related to Coleman's Motion for Sanctions (Dkt. No. 144). This Order is without prejudice to Coleman seeking payment for additional fees and expenses for work related to the Motion for Sanctions after March 2, 2023.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE