UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN, <br> *Plaintiff,* <br><br> v. <br><br> CITY OF BOSTON *et al.*, <br> *Defendants.* | No. 18-cv-10646-MLW |

## THE CITY OF BOSTON'S ASSENTED TO MOTION FOR ADDITIONAL TIME TO COMPLY WITH THE COURT'S DISCOVERY ORDER [ECF 165]

Pursuant to Fed. R. Civ. P. 6 (b)(1)(A), the City of Boston moves this Court for additional time to complete the renewed search and produce any documents not previously produced that are responsive Plaintiff's prior document requests. ECF 165, ¶ 2. Despite the City's good faith efforts, it is not possible to complete its renewed search by May 1, 2023, so the City requests an additional two weeks until May 15, 2023.

As reasons for this motion, the City states:

1. Since the March 2, 2023 hearing at which the Court ordered the City to redo its original discovery efforts, the City has been working diligently to identify and regather all documents responsive to Plaintiff's previous document requests.

2. The City and Plaintiff's counsel worked collaboratively to come up with search terms to be used in a search of the City's email database. These terms produced 26,556 documents with potential to be responsive to Plaintiff's requests.

*Allowed and so ordered*
*WZU, D.J.*
*April 25, 2023*