**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

HOPE COLEMAN, individually and as the
legal representative of the ESTATE of
TERRENCE J. COLEMAN,
    *Plaintiff*,

    v.

CITY OF BOSTON *et al.*,
    *Defendants*.

No. 18-cv-10646-MLW

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance, Elizabeth L. Bostwick, as counsel for GARRETT
BOYLE and KEVIN FINN.

Respectfully submitted:

/s/ EL Bostwick

_____
Elizabeth L. Bostwick (BBO #644498)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4031
Elizabeth.Bostwick@boston.gov

## CERTIFICATE OF SERVICE

I, Elizabeth L. Bostwick, hereby certify that on ___May 1, 2023_____ a true copy of the
above document will be served upon all parties of record via this court's electronic filing system
and to those non-registered participants via email.

/s/ EL Bostwick

_____
Elizabeth L. Bostwick