**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HOPE COLEMAN,<br>  *Plaintiff,*<br><br>  v.<br><br>CITY OF BOSTON, et al.,<br>  *Defendants.* | No. 18-cv-10646-MLW |

**STATEMENT ON EXPERT DISCOVERY**

The Plaintiff together with the Defendants, Sophia Dyer, M.D., the Boston Public Health Commission, the City of Boston, and William Evans respectfully submit the following response to the Court's Order dated March 31, 2023 ("the March 31 Order") [ECF 182].  Pursuant to Paragraph 7 of the March 31 Order, the parties submit the following proposed schedule for expert witness reports and depositions:

| Event | Date |
|---|---|
| Close of fact discovery | To Be Determined |
| Plaintiff's expert witness disclosures | 45 days after close of fact discovery |
| Defendants' expert witness disclosures | 30 days after Plaintiff's expert disclosure deadline |
| All parties' rebuttal expert disclosures, if any | 30 days after Defendants' expert disclosure deadline |
| Expert depositions | 30 days after rebuttal expert disclosure deadline |

Respectfully submitted,

[signatures on the following page]

1

**HOPE COLEMAN**
by her attorneys,

/s/ Amy Barsky_____
Amy Barsky (BBO# 601111)
Daniel N. Marx (BBO# 674523)
William W. Fick (BBO# 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

Oren Sellstrom (BBO# 569045)
Sophia L. Hall (BBO# 684541)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor Boston, MA 02110
(617) 984-0274
OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG
SHALL@LAWYERSFORCIVILRIGHTS.ORG

**SOPHIA DYER, M.D.**
by her attorneys,

/s/ Alexander Terry_____
Alexander E. Terry (BBO# 688693)
Michael B. Barkley (BBO# 6576420
Adler Cohen Harvey Wakeman Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
MBARKLEY@ADLERCOHEN.COM
ATERRY@ADLERCOHEN.COM

**CITY OF BOSTON AND WILLIAM EVANS,**
by their attorneys,

/s/ Sarah McAteer_____
Sarah J. McAteer (BBO# 706403)
Elizabeth L. Bostwick (BBO# 644498)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615 Boston, MA 02201
(617) 635-4048
SARAH.MCATEER@BOSTON.GOV
ELIZABETH.BOSTWICK@BOSTON.GOV

**BOSTON PUBLIC HEALTH COMMISSION**
by its attorneys,

/s/ Batool Raza_____
Batool Raza (BBO# 691173)
Whitney Pasternack (BBO# 708677)
Boston Public Health Commission Office of the General Counsel
1010 Massachusetts Avenue, 6th Floor
Boston, MA 02118
(617) 534-4322
BRAZA@BPHC.ORG
WPASTERNACK@BPHC.ORG

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2023

<u>*/s/ Alexander E. Terry*</u>