UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-10646-MLW

HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN

Plaintiff,

v.

CITY OF BOSTON, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, and KEVIN FINN

Defendants.

## AFFFIDAVIT OF WILLIAM B. EVANS

1. I am a Defendant in this case. I have been sued as the former Commissioner of the Boston Police Department and as an individual.
2. The City is also a defendant in this case.
3. On May 2, 2023, I spoke with the City's attorney, Elizabeth L. Bostwick, about the common representation between the City and me as an individual.
4. We discussed the issue of common representation.
5. I am confident there are not current or any potential conflict between the City's Attorney representation of the City and me as an individual defendant.
6. I am satisfied that there are no present conflicts nor can I foresee any potential conflicts arising from this common representation.

7. I am confident that I understand the potential risks of common representation.
8. I knowingly, voluntarily, and intelligently consent to this common representation.

Signed under the pains and penalties of perjury this 4th of May 2023.

_William B. Evans_

William B. Evans

Respectfully submitted,<br>
Defendants CITY OF BOSTON, WILLIAM EVANS,<br>
By their attorney:

Adam N. Cederbaum

Corporation Counsel

/s/ EL Bostwick

Elizabeth L. Bostwick (BBO#644498)<br>
Senior Assistant Corporation Counsel<br>
City of Boston Law Department<br>
City Hall, Room 615<br>
Boston, MA 02201<br>
(617) 635-4031 (Bostwick)<br>
elizabeth.bostwick@boston.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2023.

*/s/ EL Bostwick*

Elizabeth L. Bostwick