AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

U.S. District Court     DISTRICT OF     Massachusetts

Coleman

V.

City of Boston et al

**EXHIBIT AND WITNESS LIST**

Case Number: 1:18-cv-10646-MLW

| PRESIDING JUDGE<br>Mark L. Wolf  Senior District Judge | PLAINTIFF'S ATTORNEY<br>Fick, Marx, Barsky and Hall | DEFENDANT'S ATTORNEY<br>L. Kesten, T. Donahue, et al |
|---|---|---|
| TRIAL DATE (S)<br>5/5/2023 | COURT REPORTER<br>J. Leonard | COURTROOM DEPUTY<br>J. Fleming |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/5/2023 |  |  | W1 - Boston P.D. Officer Garrett Boyle |
|  | 1 | 5/5/2023 |  | X | [211] Affidavit of Boston P.D. Officer Garrett Boyle |
|  |  | 5/5/2023 |  |  | W2 - Boston P.D. Officer Kevin Flynn |
|  | 2 | 5/5/2023 |  | X | [211] Affidavit of Boston P.D. Officer Kevin Flynn |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages