UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN, <br>    Plaintiff, <br><br>    v. <br><br>CITY OF BOSTON; BOSTON PUBLIC HEALTH COMMISSION; WILLIAM EVANS, individually and in his supervisory capacity as the former Commissioner of the Boston Police Department; MICHAEL COX, in his official capacity as the Commissioner of the Boston Police Department; SOPHIA DYER, individually and in her official and supervisory capacities as the Medical Director for the Boston Police Department and Boston Emergency Medical Services; KEVIN FINN, individually and in his official capacity as a police officer for the Boston Police Department; GARRETT BOYLE, individually and in his official capacity as a police officer for the Boston Police Department, <br>    Defendants. | C.A. No. 18-10646-MLW |

ORDER

WOLF, D.J.                                                          May 10, 2023

    For the reasons discussed at the May 5, 2023 hearing, it is hereby ORDERED that:

1. The parties shall, by May 29, 2023, report the minimum time reasonably necessary to complete the depositions of Fed. R. Civ. P. 30(b)(6) witnesses, which will end all fact discovery.

2. As agreed by the parties, plaintiff Hope Coleman shall 45 days after the final Rule 30(b)(6) witness deposition make her expert witness disclosures. Defendants shall provide their expert disclosures 30 days after Coleman's expert disclosure deadline. All parties' rebuttal expert disclosures, if any, shall be made 30 days after defendants' expert disclosure deadline. The parties shall complete all expert depositions within 30 days of the rebuttal expert disclosure deadline.

3. Brody, Hardoon, Perkins, & Kesten, LLP's joint representation of Garrett Boyle and Kevin Finn is permitted at this time. Boyle or Finn shall file a motion, with supporting memorandum of law, if he wishes to request a modification of the Sequestration Order (Dkt. No. 153). Absent further order of this court, Boyle and Finn shall not discuss matters involved in this case with each other or any other potential witnesses.

4. The parties shall order a transcript of the May 5, 2023 hearing.

                                                /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE