UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HOPE COLEMAN
*Plaintiff*,

v.

CITY OF BOSTON, et al.,
*Defendants*.

No. 18-cv-10646-MLW

**CITY OF BOSTON RESPONSE TO COURT'S
MARCH 3 AND MARCH 15, 2023 ORDERS**

Defendant City of Boston (the "City") respectfully submits the following response to the Court's Orders dated March 3, 2023 ("the March 3 Order") [ECF 160] and March 15, 2023 ("the March 15 Order") [ECF 165], and subsequent related Orders. In accordance with these Orders, the City completed a renewed search for documents responsive to all of Plaintiff's prior document requests and produced documents not previously produced.[1] Through this process, the City additionally supplemented its initial productions pursuant to Fed. R. Civ. P. 26(e) with documents created or obtained after previous discovery was produced.

In accordance with paragraph 1(a)(iv) of the Court's March 3 Order, attached are affidavits from the following individuals describing the search conducted and the nature of additional document that have been produced to the Plaintiff as a result, as well as previous discovery efforts to the extent possible:

1. Attorney Sarah J. McAteer
2. Sgt. Det. Marc Sullivan
3. Sgt. James Blake

---

[1] Though the City has produced documents that were originally subject to properly lodged legal objections, the City maintains and does not waive any previously-made objection to the extent it is not contrary to the Court's Orders.

1

4. Det. Garrett Boyle

5. Det. Kevin Finn

6. Chanel Bryant-Alexander

7. Former-Commissioner William Evans

8. Sgt. Det. John Boyle

9. Kathy Kearney

10. Sgt. Joseph King

11. Jennifer Maconochie

12. Lt. Det. Adam A. Mammone

13. Chief Lisa O'Brien

14. Sgt. Thomas Pratt

15. Dr. Jenna Savage

Respectfully submitted,

**CITY OF BOSTON**

by its attorneys,

Adam N. Cederbaum
Corporation Counsel

<u>/s/     Sarah J. McAteer</u>
Sarah J. McAteer (BBO# 706403)
Elizabeth L. Bostwick (BBO# 64498)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4048
SARAH.MCATEER@BOSTON.GOV
ELIZABETH.BOSTWICK@BOSTON.GOV

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2023.

                                                   */s/ Sarah J. McAteer*