UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOPE COLEMAN, individually        )
and as the legal                  )
representative of the ESTATE      )
of TERRENCE J. COLEMAN,           )
    Plaintiff,                    )
                                  )   C.A. No. 18-10646-MLW
                                  )
    v.                            )
                                  )
CITY OF BOSTON et al.,            )
    Defendants.                   )

## ORDER

WOLF, D.J.                                              June 1, 2023

In view of the parties' responses to the May 10, 2023 Order, it is hereby ORDERED that:

1. A hearing shall be held on June 27, 2023, at 1:30 p.m., to address: scheduling whether sanctions or an additional award of attorneys' fees should be made now to plaintiff for defendants' prior violations of discovery orders; and any other issues. Corporation Counsel Adam Cederbaum and plaintiff Hope Coleman shall attend. Defendant Michael Cox is invited, but not ordered, to attend.

2. The parties shall confer and, by June 20, 2023, report, jointly if possible, concerning scheduling, attorneys' fees, and any other issues that should be addressed at the June 27, 2023 hearing.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE