UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOPE COLEMAN, individually      )
and as the legal                )
representative of the ESTATE    )
of TERRENCE J. COLEMAN,         )
    Plaintiff,               )
                      )   C.A. No. 18-10646-MLW
                      )
        v.                      )
                      )
CITY OF BOSTON et al.,          )
    Defendants.              )

ORDER

WOLF, D.J.                                          June 28, 2023

For the reasons described at the June 27, 2023 hearing, it is hereby ORDERED:

1.  That the parties shall confer and, by July 28, 2023, report, jointly if possible, concerning: (a) the status of discovery and scheduling; and (b) whether they have reached an agreement regarding attorneys' fees and costs to be awarded to plaintiff Hope Coleman's counsel for their work from March 3, 2023 through May 31, 2023 related to defendant City of Boston's (the "City") violations of the court's discovery orders.

2.  If the parties have not reached an agreement regarding attorneys' fees and costs, the City shall, by July 28, 2023, file a memorandum and affidavit in opposition to Coleman's request for $147,566.60 (Dkt. No. 229) regarding the fees or costs that it disputes. Coleman shall file her response by August 11, 2023.

3.    The parties shall order the transcript of the June 27, 2023 hearing.


UNITED STATES DISTRICT JUDGE