UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the Representative of the ESTATE of TERRENCE J. COLEMAN,<br>    *Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON *et al.*,<br>    *Defendants*. | No. 18-cv-10646-MLW |

## JOINT RESPONSE TO DECEMBER 7, 2023 ORDER [D.E. 272]

Plaintiff Hope Coleman and Defendant City of Boston (the "City") respectfully submit the following joint response to the Court's Order dated December 7, 2023 [D.E. 272].

1. The parties have reached agreement regarding attorneys' fees and expenses to be awarded for Ms. Coleman's counsel's work from June to September 2023, and for the underlying Motion to Compel. *See* D.E. 257 (Motion for Interim Attorneys' Fees).

2. The City has agreed to pay the full $251,072.17 requested by Ms. Coleman and is in the process of coordinating that payment.

3. As a result, there is no dispute concerning attorneys' fees for the Court to address at the December 14, 2023 hearing.

*[signatures on following page]*

1

|  | Respectfully submitted, |
|---|---|
| **CITY OF BOSTON** | **HOPE COLEMAN** |
| By its attorneys, | By her attorneys, |
| /s/ Brian T. Kelly | /s/ Daniel N. Marx |
| Brian T. Kelly (BBO No. 549566) | Daniel N. Marx (BBO# 674523) |
| Joshua C. Sharp (BBO No. 681439) | William W. Fick (BBO# 650562) |
| Brianna N. Portu (BBO No. 698715) | Amy Barsky (BBO# 601111) |
| NIXON PEABODY LLP | FICK & MARX LLP |
| 53 State Street | 24 Federal Street, 4th Floor |
| Boston, MA 02109 | Boston, MA 02110 |
| (617) 345-1000 | (857) 321-8360 |
| bkelly@nixonpeabody.com | DMARX@FICKMARX.COM |
| jsharp@nixonpeabody.com | WFICK@FICKMARX.COM |
| bportu@nixonpeabody.com | ABARSKY@FICKMARX.COM |
| Adam D. Johnson (BBO# 679142) | Oren Sellstrom (BBO# 569045) |
| Elizabeth L. Bostwick (BBO# 644498) | Sophia L. Hall (BBO# 684541) |
| City of Boston Law Department | Lawyers for Civil Rights |
| City Hall, Room 615 | 61 Batterymarch Street, 5th Floor |
| Boston, MA 02201 | Boston, MA 02110 |
| (617) 635-4097 | (617) 984-0274 |
| adam.johnson@boston.gov | OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG |
| elizabeth.bostwick@boston.gov | SHALL@LAWYERSFORCIVILRIGHTS.ORG |

Dated: December 11, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on December 11, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Joshua C. Sharp
Joshua C. Sharp