UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN,<br><br>        Plaintiff,<br><br>     v.<br><br>CITY OF BOSTON, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, KEVIN FINN, and MICHAEL COX, in his official capacity as the Commissioner of the Boston Police Department,<br><br>        Defendants. | C.A. No. 18-10646-MLW |

ORDER

WOLF, D.J.                                          December 15, 2023

For the reasons stated orally in court at the December 14, 2023, hearing, it is hereby ORDERED that:

1. Plaintiff Hope Coleman's oral motion to amend her complaint under Federal Rule of Civil Procedure 15(a)(2) to add Michael Cox as a defendant in his official capacity as the Commissioner of the Boston Police Department is ALLOWED.

2. As plaintiff's motion to amend her complaint to add Cox as a defendant in his official capacity has been allowed, defendant

City of Boston's previous motion to remove Commissioner Cox as a defendant in this action (Dkt. No. 227) is DENIED.

3. Counsel for defendants Kevin Finn and Garrett Boyle shall, by 12:00 noon on December 18, 2023, file the recording marked as Exhibit 2 at the December 14, 2023 hearing, accompanied by an affidavit: (a) identifying the portion of the recording that he played in court at the hearing; (b) stating whether the audio file is a single consecutive recording; and, if not; (c) stating whether any portions of the original recording have been omitted or whether multiple audio files have been combined into a single file.

4. Corporation Counsel Adam Cederbaum, who represented that he has the ultimate authority to agree to a settlement of this case, shall consult, among others, defendant Commissioner Michael Cox, who is the defendant City of Boston for the purpose of this case, and meet with the counsel for plaintiff Hope Coleman. The City and counsel for Ms. Coleman shall, by 12:00 noon on December 21, 2023, report, jointly if possible, whether they have reached an agreement to resolve this case. If they have not reached an agreement, they shall state whether they request additional time to attempt to do so.

5. The parties shall order the transcript of the December 14, 2023, hearing on an expedited basis.

                                             /s/ Mark L. Wolf
                                           UNITED STATES DISTRICT JUDGE