UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN,<br>    *Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON *et al*.,<br>    *Defendants*. | No. 18-cv-10646-MLW |

## AFFIDAVIT OF ATTORNEY LEONARD H. KESTEN

I, Leonard H. Kesten, hereby state the following:

1. I am counsel of record for Defendant Officers Garrett Boyle and Kevin Finn in this matter.

2. At the hearing held on Thursday, December 14th, I played an excerpt of an unedited single consecutive audio recording of communications between Boston EMS personnel and their dispatcher from October 30, 2016.

3. I have e mailed the full recording as instructed by this Court to the Courtroom Clerk and to counsel.

4. The excerpt that I played commences at 12 minutes and 20 seconds from the beginning of the recording.

5. I believe that the EMT calling at 12:20 says: "Ten, get us some help!".

6. I believe that the EMT calling at 12:52 says "Police just fired shots, the patient attempted to stab us."

7. I stopped playing the recording at 12:59.

8. There are other relevant communications regarding the knife attack on the recording, at 15:00 and 16:15 that I did not play in the courtroom.

SIGNED under the penalties of perjury, this 18th day of December 2023.

_____
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com`

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

_____
Leonard H. Kesten, BBO# 542042

Dated: December 18, 2023