UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the Representative of the ESTATE of TERRENCE J. COLEMAN,<br>    *Plaintiff*,<br><br>   v.<br><br>CITY OF BOSTON *et al.*,<br>    *Defendants*. | No. 18-cv-10646-MLW |

### DEFENDANT CITY OF BOSTON'S RESPONSE TO COURT ORDER DATED DECEMBER 15, 2023

    Pursuant to the Court's order dated December 15, 2023, the parties recently met and conferred in an unsuccessful effort to settle this case. Even wholly setting aside the evidence that the decedent was attempting to stab the EMTs which caused the police to respond, *see, e.g.,* 12/14/23 Hrg. Ex. 2, the City stands ready to settle this matter for an appropriate sum.

    The City believes that mediation directly with the Court is the most effective way to resolve this matter expeditiously. Accordingly, the City respectfully seeks more time to mediate this matter. As noted, the City is prepared to settle this matter for an appropriate sum and it believes the Court's mediation could bring this case to a prompt resolution. The City defers to the Court as to what further proceedings, if any, should be scheduled going forward.

Dated: December 21, 2023

Respectfully submitted,

CITY OF BOSTON

By its attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Brianna N. Portu (BBO No. 698715)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
bportu@nixonpeabody.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed electronically on December 21, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*
Brian T. Kelly