UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN,<br>    *Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON, et al.,<br>    *Defendants*. | No. 18-cv-10646-MLW |

**PLAINTIFF HOPE COLEMAN'S RESPONSE
TO DECEMBER 15, 2023 COURT ORDER [D.E. 286]**

Plaintiff Hope Coleman respectfully submits the following response to the Court's Order dated December 15, 2023 [D.E. 268].

1. The parties have not reached an agreement to resolve the case;

2. Ms. Coleman does not request, and would object to, any continuance.

Defendant City of Boston has declined to join in this filing and has made its own submission.

Ms. Coleman may file a further response to the City's submission.

1

       Respectfully submitted,

**HOPE COLEMAN**

by her attorneys,

*/s/ William W. Fick*
Daniel N. Marx (BBO# 674523)
William W. Fick (BBO# 650562)
Amy Barsky (BBO# 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

Oren Sellstrom (BBO# 569045)
Sophia L. Hall (BBO# 684541)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 984-0274
OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG
SHALL@LAWYERSFORCIVILRIGHTS.ORG

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2023.

       */s/ William W. Fick*