UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN,<br>*Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON *et al.*,<br>*Defendants*. | No. 18-cv-10646-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Defendants City of Boston and William B. Evans.

Respectfully submitted,

Elizabeth L. Bostwick (BBO#644498)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4031 (Bostwick)
elizabeth.bostwick@boston.gov