UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BOSTON, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, KEVIN FINN, and MICHAEL COX, in his official capacity as the Commissioner of the Boston Police Department,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-10646-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                January 2, 2024

On December 4, 2023, Elizabeth Bostwick, Esq., filed a notice of withdrawal of her appearance as counsel for defendants City of Boston (the "City") and William B. Evans. Dkt. No. 261. On December 5, 2023, the court denied Ms. Bostwick's request to withdraw her appearance because her "notice was filed in violation of Local Rule 83.5.2(c)(1)(A), which requires leave of court to withdraw an appearance if any motion is pending in this case. A hearing is scheduled for December 14, 2023, on several pending motions, including plaintiff Hope Coleman's motion for a default judgment

as a sanction for violations of court orders by Ms. Bostwick, among others." Dkt. No. 262.

On December 26, 2023, Ms. Bostwick filed another "Notice of Withdrawal of Appearance" for the City and Evans (Dkt. No. 299) again in violation of Local Rule 83.5.2 because there are still motions pending, a hearing is scheduled for January 4, 2024, and she did not request or receive leave of court.

In view of the foregoing, it is hereby ORDERED that:

1. Ms. Bostwick's renewed request to withdraw her appearance (Dkt. No. 299) is DENIED.

2. Ms. Bostwick shall attend the January 4, 2024 hearing.

UNITED STATES DISTRICT JUDGE