UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BOSTON, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, KEVIN FINN, and MICHAEL COX, in his official capacity as the Commissioner of the Boston Police Department,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-10646-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  |

### ORDER

WOLF, D.J.                                                                                January 5, 2024

In response to the January 3, 2024 Order the parties have all agreed to mediation by Magistrate Judge Jennifer Boal on or soon after January 22, 2024. Magistrate Judge Boal will conduct a telephone conference with the parties to establish a schedule for the submission of mediation statements and a date for the mediation. The settlement shall be attended by the parties and, with regard to defendant City of Boston, Corporation Counsel Adam Cederbaum, who has represented that he has the ultimate authority to agree to a settlement of this case on behalf of the City. Once

the date of the mediation is decided this court will establish a deadline soon thereafter for the parties to report definitively whether any or all of plaintiff Hope Coleman's claims have been resolved.

It is hereby ORDERED that this case is REFERRED for mediation to Magistrate Judge Boal in the manner set forth hereinabove.

_____
UNITED STATES DISTRICT JUDGE