UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOPE COLEMAN, individually
and as the legal
representative of the ESTATE
of TERRENCE J. COLEMAN,

     Plaintiff,

     v.

CITY OF BOSTON, BOSTON PUBLIC
HEALTH COMMISSION, WILLIAM
EVANS, SOPHIA DYER, M.D.,
GARRETT BOYLE, KEVIN FINN,
and MICHAEL COX, in his
official capacity as the
Commissioner of the Boston
Police Department,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 18-10646-MLW

ORDER

WOLF, D.J.                                        January 9, 2024

The Magistrate Judge has scheduled the mediation pursuant to the January 5, 2024 Order for January 29, 2024. Therefore, it is hereby further ORDERED that the parties shall, by February 5, 2024, report definitively whether any or all of plaintiff Hope Coleman's claims have been resolved.

_____
UNITED STATES DISTRICT JUDGE