UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-10646

HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN,

    Plaintiff,

v.

CITY OF BOSTON, et al.,

    Defendants.

### DEFENDANTS' GARRETT BOYLE AND KEVIN FINN, MOTION FOR RELIEF FROM SEQUESTRATION ORDER

    Defendants Garret Boyle and Kevin Finn ask that this Court modify its sequestration order to allow them to speak with their counsel about this matter in each other's presence. In support thereof, the defendants state that this matter has been set for mediation to be held on Monday, January 29, 2024. The defendants need to consult with counsel to prepare for the mediation and currently would have to speak to counsel sequentially if they cannot meet with counsel together. Further, these defendants will attend the mediation with counsel and will be together during the process.

    Wherefore, the Defendants suggest to this honorable Court that allowing them to speak to counsel regarding this matter in each other's presence would allow the mediation process to proceed more efficiently and, thus, would serve the interests of justice.

    Respectfully submitted,

1

        The Defendants,

        Garrett Boyle and Kevin Finn,
        By his attorneys,

        */s/ Leonard H. Kesten*
        Leonard H. Kesten, BBO# 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        265 Franklin Street, 12th Floor
        Boston, MA 02110
        (617) 880-7100
        lkesten@bhpklaw.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred and corresponded with all counsel of record via email and have attempted in good faith to resolve or narrow the issues raised in this motion. Plaintiff took no position and Co-Defendants' counsel assent to the Motion.

        */s/ Leonard H. Kesten*
        Leonard H. Kesten, BBO# 542042

Dated: January 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

        */s/ Leonard H. Kesten*
        Leonard H. Kesten, BBO# 542042

Dated: January 24, 2024