UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN,<br>　　*Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON, MICHAEL COX in his official capacity as Commissioner of the Boston Police Department, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, and KEVIN FINN,<br>　　*Defendants*. | No. 18-cv-10646-MLW |

## JOINT RESPONSE TO FEBRUARY 5, 2024 ORDER [D.E. 338]

Plaintiff Hope Coleman and Defendant City of Boston respectfully submit the following joint response to the Court's Order dated February 5, 2024 [D.E. 338].

The parties have not resolved any of Plaintiff's claims. As set forth in Magistrate Judge Boal's February 16, 2024 Order [D.E. 344], the parties have made some progress and will be submitting a status report to Magistrate Judge Boal on February 23, 2024. No further mediation session is currently scheduled.

*[signatures on following page]*

1

Respectfully submitted,

| **CITY OF BOSTON** | **HOPE COLEMAN** |
|---|---|
| by their attorneys, | by her attorneys, |
| */s/ Brian T. Kelly*<br>Brian T. Kelly (BBO# 549566)<br>Joshua C. Sharp (BBO# 681439)<br>Brianna N. Portu (BBO# 698715)<br>NIXON PEABODY LLP<br>53 State Street<br>Boston, MA 02109<br>(617) 345-1000<br>BKELLY@NIXONPEABODY.COM<br>JSHARP@NIXONPEABODY.COM<br>BPORTU@NIXONPEABODY.COM | */s/ William W. Fick*<br>Daniel N. Marx (BBO# 674523)<br>William W. Fick (BBO# 650562)<br>Amy Barsky (BBO# 601111)<br>FICK & MARX LLP<br>24 Federal Street, 4th Floor<br>Boston, MA 02110<br>(857) 321-8360<br>DMARX@FICKMARX.COM<br>WFICK@FICKMARX.COM<br>ABARSKY@FICKMARX.COM<br><br>Oren Sellstrom (BBO# 569045)<br>Sophia L. Hall (BBO# 684541)<br>Lawyers for Civil Rights<br>61 Batterymarch Street, 5th Floor<br>Boston, MA 02110<br>(617) 984-0274<br>OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG<br>SHALL@LAWYERSFORCIVILRIGHTS.ORG |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 19, 2024.

*/s/ William W. Fick*