**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN, <br>    *Plaintiff*, <br><br>    v. <br><br> CITY OF BOSTON, MICHAEL COX in his official capacity as Commissioner of the Boston Police Department, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, and KEVIN FINN, <br>    *Defendants*. | No. 18-cv-10646-MLW |

## JOINT RESPONSE TO FEBRUARY 20, 2024 ORDER [D.E. 346]

Plaintiff Hope Coleman and Defendant City of Boston respectfully submit the following joint response to this Court's Order of February 20, 2024 [D.E. 346].

Ms. Coleman and the City have reached an agreement in principle, subject to execution of a mutually acceptable written agreement, to settle all of Ms. Coleman's claims against all Defendants, including without limitation her pending motion for attorneys' fees [D.E. 328].

Ms. Coleman and the City propose that, by no later than March 8, 2024, they submit a further joint report to this Court to confirm whether they have executed a mutually acceptable written agreement.

*[signatures on following page]*

1

Respectfully submitted,

| **CITY OF BOSTON** | **HOPE COLEMAN** |
|---|---|
| by its attorneys, | by her attorneys, |

<table>
<tr><td>

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO# 549566)
Joshua C. Sharp (BBO# 681439)
Brianna N. Portu (BBO# 698715)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
BKELLY@NIXONPEABODY.COM
JSHARP@NIXONPEABODY.COM
BPORTU@NIXONPEABODY.COM

</td><td>

*/s/ Daniel N. Marx*
Daniel N. Marx (BBO# 674523)
William W. Fick (BBO# 650562)
Amy Barsky (BBO# 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

Oren Sellstrom (BBO# 569045)
Sophia L. Hall (BBO# 684541)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 984-0274
OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG
SHALL@LAWYERSFORCIVILRIGHTS.ORG

</td></tr>
</table>

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 26, 2024.

*/s/ Daniel N. Marx*
Daniel N. Marx

2