UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE of TERRENCE J. COLEMAN,<br>    Plaintiff,<br><br>    v.<br><br>CITY OF BOSTON et al.,<br>    Defendants. | C.A. No. 18-10646-MLW |

ORDER

WOLF, D.J.                                                                 February 27, 2024

In their February 26, 2024 Joint Report (Dkt. No. 347), the parties state that they have reached agreement in principle to settle all of plaintiff Hope Coleman's claims against all parties. Therefore, as requested by the parties, they shall, by March 8, 2024, report whether they have executed a mutually satisfactory written agreement and, if so, whether and when this case should be dismissed.

                                                                                              /s/ Mark L. Wolf
                                                      UNITED STATES DISTRICT JUDGE