UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN,<br>    *Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON, MICHAEL COX in his official capacity as Commissioner of the Boston Police Department, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, and KEVIN FINN,<br>    *Defendants*. | No. 18-cv-10646-MLW |

**SUPPLEMENTAL SUBMISSION IN RESPONSE TO**
**FEBRUARY 20, 2024 ORDER [D.E. 346]**

    Ms. Coleman and the City hereby clarify that Ms. Coleman, the City, Commissioner Cox (in his official capacity), the Boston Public Health Commission, Mr. Evans, and Dr. Dyer have reached an agreement in principle, subject to execution of a mutually acceptable written agreement. Their agreement contemplates, among other terms, that Ms. Coleman, the City, Commissioner Cox, the BPHC, Mr. Evans, and Dr. Dyer will execute mutual releases and also that Ms. Coleman will move pursuant to Rule 41(a)(2), to dismiss all her pending claims against all Defendants, including Mr. Boyle and Mr. Finn. Defendant police officers Garrett Boyle and Kevin Finn have not agreed to settle this matter and will not stipulate to the dismissal of the claims against them.

*[signatures on following page]*

1

| | Respectfully submitted, |
|---|---|
| **CITY OF BOSTON** | **HOPE COLEMAN** |
| by their attorneys, | by her attorneys, |
| */s/ Brian T. Kelly* <br> Brian T. Kelly (BBO# 549566) <br> Joshua C. Sharp (BBO# 681439) <br> Brianna N. Portu (BBO# 698715) <br> NIXON PEABODY LLP <br> 53 State Street <br> Boston, MA 02109 <br> (617) 345-1000 <br> BKELLY@NIXONPEABODY.COM <br> JSHARP@NIXONPEABODY.COM <br> BPORTU@NIXONPEABODY.COM | */s/ Daniel N. Marx* <br> Daniel N. Marx (BBO# 674523) <br> William W. Fick (BBO# 650562) <br> Amy Barsky (BBO# 601111) <br> FICK & MARX LLP <br> 24 Federal Street, 4th Floor <br> Boston, MA 02110 <br> (857) 321-8360 <br> DMARX@FICKMARX.COM <br> WFICK@FICKMARX.COM <br> ABARSKY@FICKMARX.COM <br><br> Oren Sellstrom (BBO# 569045) <br> Sophia L. Hall (BBO# 684541) <br> Lawyers for Civil Rights <br> 61 Batterymarch Street, 5th Floor <br> Boston, MA 02110 <br> (617) 984-0274 <br> OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG <br> SHALL@LAWYERSFORCIVILRIGHTS.ORG |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2024.

*/s/ Joshua C. Sharp*
Joshua C. Sharp