UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN, individually and as the legal representative of the ESTATE OF TERRENCE J. COLEMAN,<br>    *Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON, MICHAEL COX in his official capacity as Commissioner of the Boston Police Department, BOSTON PUBLIC HEALTH COMMISSION, WILLIAM EVANS, SOPHIA DYER, M.D., GARRETT BOYLE, and KEVIN FINN,<br>    *Defendants*. | No. 18-cv-10646-MLW |

## JOINT RESPONSE TO MARCH 11, 2024 ORDER [D.E. 351]

Plaintiff Hope Coleman and Defendant City of Boston respectfully submit the following joint response to the Court's Order dated March 11, 2024 [D.E. 351].

The parties report that they are close to finalizing an agreement, which they expect will be executed at the end of this week, followed by a motion to dismiss to be filed next week.

*[signatures on following page]*

1

Respectfully submitted,

| **CITY OF BOSTON** | **HOPE COLEMAN** |
|---|---|
| By its attorneys, | By her attorneys, |
| | |
| */s/ Brian T. Kelly* | */s/ Daniel N. Marx* |
| Brian T. Kelly (BBO No. 549566) | Daniel N. Marx (BBO# 674523) |
| Joshua C. Sharp (BBO No. 681439) | William W. Fick (BBO# 650562) |
| Brianna N. Portu (BBO No. 698715) | Amy Barsky (BBO# 601111) |
| NIXON PEABODY LLP | FICK & MARX LLP |
| 53 State Street | 24 Federal Street, 4th Floor |
| Boston, MA 02109 | Boston, MA 02110 |
| (617) 345-1000 | (857) 321-8360 |
| bkelly@nixonpeabody.com | DMARX@FICKMARX.COM |
| jsharp@nixonpeabody.com | WFICK@FICKMARX.COM |
| bportu@nixonpeabody.com | ABARSKY@FICKMARX.COM |
| | |
| Adam D. Johnson (BBO# 679142) | Oren Sellstrom (BBO# 569045) |
| City of Boston Law Department | Sophia L. Hall (BBO# 684541) |
| City Hall, Room 615 | Lawyers for Civil Rights |
| Boston, MA 02201 | 61 Batterymarch Street, 5th Floor |
| (617) 635-4097 | Boston, MA 02110 |
| adam.johnson@boston.gov | (617) 984-0274 |
| | OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG |
| | SHALL@LAWYERSFORCIVILRIGHTS.ORG |

Dated: March 19, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on March 19, 2024, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

> */s/ Brianna N. Portu*
> Brianna N. Portu