```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

HOPE COLEMAN, individually )
and as the legal )
representative of the ESTATE )
of TERRENCE J. COLEMAN, )
    Plaintiff, )
                                   ) C.A. No. 18-10646-MLW
                                   )
       v. )
                                   )
CITY OF BOSTON et al., )
    Defendants. )

### ORDER

WOLF, D.J.                                          March 21, 2024

    In their March 19, 2024 Joint Response, plaintiff Hope Coleman and defendant City of Boston state that "they are close to finalizing an agreement, which they expect will be executed at the end of this week, followed by a motion to dismiss to be filed next week" (Dkt. No. 352).

    In view of the foregoing, it is hereby ORDERED that by March 28, 2024, the motion to dismiss shall be filed or plaintiff and the City shall file under seal an explanation of the impediment to doing so.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE