UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOPE COLEMAN,<br>  *Plaintiff*,<br><br>v.<br><br>CITY OF BOSTON, *et al.*,<br>  *Defendants*. | No. 18-cv-10646-MLW |

### PLAINTIFF HOPE COLEMAN'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Hope Coleman respectfully moves to dismiss this action in its entirety (all claims against all defendants), with prejudice.

Defendants City of Boston ("the City"), Michael Cox, William Evans, Boston Public Health Commission ("BPHC"), and Sophia Dyer assent to this motion ("the assenting parties"). Specifically, Ms. Coleman and the assenting parties request that the Court issue a separate order of dismissal stating that this action is dismissed with prejudice as to all of Ms. Coleman's claims against all defendants. A proposed order is attached as Exhibit A.

As grounds for this motion, Ms. Coleman states that she has reached a Settlement Agreement and mutual release with the assenting parties, and she no longer wishes to prosecute this action against any defendants.

Defendants Garret Boyle and Kevin Finn have not joined in the Settlement Agreement and mutual release and have not responded to a request for their position on this motion.

1

Respectfully submitted,

**HOPE COLEMAN**

by her attorneys,

*/s/ William W. Fick*
Daniel N. Marx (BBO# 674523)
William W. Fick (BBO# 650562)
Amy Barsky (BBO# 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

Oren Sellstrom (BBO# 569045)
Sophia L. Hall (BBO# 684541)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 984-0274
OSELLSTROM@LAWYERSFORCIVILRIGHTS.ORG
SHALL@LAWYERSFORCIVILRIGHTS.ORG

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that, on March 22, 2024, counsel for Ms. Coleman emailed counsel for Defendants Garrett Boyle and Kevin Finn to ascertain their position about this motion and/or to resolve or narrow the issues presented in this Motion. As of this filing, counsel for Boyle and Finn have not responded.

*/s/ William W. Fick*
William W. Fick

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 25, 2024.

                                */s/ William W. Fick*
                                William W. Fick